# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| WEISBART, JOSHUA | § | Case No. 16-02659 |
| WEISBART, VICTORIA M | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/28/2016 . The undersigned trustee was appointed on 01/28/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $    5,000.00

   Funds were disbursed in the following amounts:

   | | |
   | --- | --- |
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 40.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 4,960.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  04/20/2017  and the deadline for filing governmental claims was  04/20/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 640.13 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 640.13 , for a total compensation of $ 640.13 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2017        By:/s/JOSEPH E. COHEN
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-02659 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEISBART, JOSHUA | Date Filed (f) or Converted (c): | 01/28/16 (f) |
| | WEISBART, VICTORIA M | 341(a) Meeting Date: | 03/04/16 |
| For Period Ending: | 05/19/17 | Claims Bar Date: | 04/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 632 Burton Avenue, Highland Park, IL | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Subaru Outback mileage: 14,500 | 22,000.00 | 0.00 | | 0.00 | FA |
| 3. 2016 Subaru WRX (Leased) mileage: 2500 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Oven, range, fridge, microwave, washer, dryer and | 3,000.00 | 0.00 | | 500.00 | FA |
| 5. Three televisions. laptop, iPad, desktop computer, | 500.00 | 0.00 | | 0.00 | FA |
| 6. misc. prints | 100.00 | 0.00 | | 0.00 | FA |
| 7. Three guitars, two mandolins, piano, fishing poles | 3,000.00 | 0.00 | | 1,000.00 | FA |
| 8. usual and ordinary | 200.00 | 0.00 | | 0.00 | FA |
| 9. Engagement ring, two wedding bands, watch, misc. | 2,000.00 | 0.00 | | 500.00 | FA |
| 10. Dog | Unknown | 0.00 | | 0.00 | FA |
| 11. Cash | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Chase - Account No.: x1378 | 145.55 | 0.00 | | 0.00 | FA |
| 13. Chase - Account No.: x4833 | 57.90 | 0.00 | | 0.00 | FA |
| 14. Chase - Account No.: x8952 | 450.55 | 0.00 | | 0.00 | FA |
| 15. Chase - Account No.: x2662 | 107.90 | 0.00 | | 0.00 | FA |
| 16. Chase - Account No.: x2670 | 102.09 | 0.00 | | 0.00 | FA |
| 17. Ravnia Coffee Station, LLC | Unknown | 0.00 | | 0.00 | FA |
| 18. Teachers Retirement System of the State of Illinoi | 74,000.00 | 0.00 | | 0.00 | FA |
| 19. Sec. 529 account with Bright Directions for minor | 11,000.00 | 0.00 | | 0.00 | FA |
| 20. Sec. 529 account with Bright Directions for minor | 9,000.00 | 0.00 | | 0.00 | FA |
| 21. anticipated 2015 | 5,000.00 | 0.00 | | 3,000.00 | FA |
| 22. Owned by LLC: Espresso Machine Coffee Brewer Espre | 5,000.00 | 0.00 | | 0.00 | FA |
| 23. Business checking account at Chase Bank | 2,561.66 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $539,725.65 | $0.00 | | $5,000.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 16-02659   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | WEISBART, JOSHUA | Date Filed (f) or Converted (c): 01/28/16 (f) |
| | WEISBART, VICTORIA M | 341(a) Meeting Date: 03/04/16 |
| | | Claims Bar Date: 04/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS RECEIVED; TRF TO FOLLOW 3/15/17

TRUSTEE IS FILING MOTION FOR TURNOVER OF ASSETS TO BE SOLD - 1/12/17. TRUSTEE HAS REVIEWED RECORD AND SEEING IF DEBTOR WANTS TO BUY ASSETS BACK. - 10/31/16. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR - 7/30/16.

Initial Projected Date of Final Report (TFR): 10/31/17      Current Projected Date of Final Report (TFR): 10/31/17

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-02659 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WEISBART, JOSHUA | | Bank Name: | ASSOCIATED BANK |
| | WEISBART, VICTORIA M | | Account Number / CD #: | *******2614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8591 | | | |
| For Period Ending: | 05/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/17 | * NOTE * | JOSHUA WEISBART | pesonal property | 1129-000 | 5,000.00 | | 5,000.00 |
| | | | * NOTE * Properties 4, 7, 9, 21 | | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 40.00 | 4,960.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 40.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2614 | 5,000.00 | 40.00 | 4,960.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.00 | 40.00 | 4,960.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 5,000.00 40.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 17, 2017 |

Case Number: 16-02659  
Debtor Name: WEISBART, JOSHUA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $1,880.39 | $0.00 | $1,880.39 |
| ADMIN 2<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $640.13 | $0.00 | $640.13 |
| 999<br>8200-00 | JOSHUA WEISBART<br>HIGHLAND PARK, IL 60035 | Unsecured | | $2,439.48 | $0.00 | $2,439.48 |
| | Case Totals: | | | $4,960.00 | $0.00 | $4,960.00 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02659  
Case Name: WEISBART, JOSHUA  
              WEISBART, VICTORIA M  
Trustee Name: JOSEPH E. COHEN

        Balance on hand                                              $        4,960.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 640.13 | $ 0.00 | $ 640.13 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,849.00 | $ 0.00 | $ 1,849.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 31.39 | $ 0.00 | $ 31.39 |

    Total to be paid for chapter 7 administrative expenses         $      2,520.52  
    Remaining Balance                                           $      2,439.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,439.48 .