UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEISBART, JOSHUA | § | Case No. 16-02659 |
| WEISBART, VICTORIA M | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 554,200.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 2,560.52 | |

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,439.48 (see **Exhibit 2**), yielded net receipts of $ 2,560.52 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,560.52 | 2,560.52 | 2,560.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,560.52 | $ 2,560.52 | $ 2,560.52 |

4) This case was originally filed under chapter 7 on 01/28/2016 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2017          By:/s/JOSEPH E. COHEN
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Oven, range, fridge, microwave, washer, dryer | 1129-000 | 500.00 |
| Three guitars, two mandolins, piano, fishing poles | 1129-000 | 1,000.00 |
| Engagement ring, two wedding bands, watch, misc. | 1129-000 | 500.00 |
| anticipated 2015 | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSHUA WEISBART | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,439.48 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,439.48** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 640.13 | 640.13 | 640.13 |
| ASSOCIATED BANK | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| COHEN & KROL | 3110-000 | NA | 1,253.39 | 1,253.39 | 1,253.39 |
| JOSEPH E. COHEN | 3110-000 | NA | 627.00 | 627.00 | 627.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,560.52 | $ 2,560.52 | $ 2,560.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

Case 16-02659   Doc 36   Filed 08/31/17   Entered 08/31/17 15:13:33   Desc Main
Document      Page 6 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 16-02659 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WEISBART, JOSHUA | Date Filed (f) or Converted (c): | 01/28/16 (f) |
|  | WEISBART, VICTORIA M | 341(a) Meeting Date: | 03/04/16 |
| For Period Ending: | 08/16/17 | Claims Bar Date: | 04/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 632 Burton Avenue, Highland Park, IL | 400,000.00 | 0.00 |  | 0.00 | FA |
| 2. 2014 Subaru Outback mileage: 14,500 | 22,000.00 | 0.00 |  | 0.00 | FA |
| 3. 2016 Subaru WRX (Leased) mileage: 2500 | 0.00 | 0.00 |  | 0.00 | FA |
| 4. Oven, range, fridge, microwave, washer, dryer and | 3,000.00 | 0.00 |  | 500.00 | FA |
| 5. Three televisions. laptop, iPad, desktop computer, | 500.00 | 0.00 |  | 0.00 | FA |
| 6. misc. prints | 100.00 | 0.00 |  | 0.00 | FA |
| 7. Three guitars, two mandolins, piano, fishing poles | 3,000.00 | 0.00 |  | 1,000.00 | FA |
| 8. usual and ordinary | 200.00 | 0.00 |  | 0.00 | FA |
| 9. Engagement ring, two wedding bands, watch, misc. | 2,000.00 | 0.00 |  | 500.00 | FA |
| 10. Dog | Unknown | 0.00 |  | 0.00 | FA |
| 11. Cash | 1,500.00 | 0.00 |  | 0.00 | FA |
| 12. Chase - Account No.: x1378 | 145.55 | 0.00 |  | 0.00 | FA |
| 13. Chase - Account No.: x4833 | 57.90 | 0.00 |  | 0.00 | FA |
| 14. Chase - Account No.: x8952 | 450.55 | 0.00 |  | 0.00 | FA |
| 15. Chase - Account No.: x2662 | 107.90 | 0.00 |  | 0.00 | FA |
| 16. Chase - Account No.: x2670 | 102.09 | 0.00 |  | 0.00 | FA |
| 17. Ravnia Coffee Station, LLC | Unknown | 0.00 |  | 0.00 | FA |
| 18. Teachers Retirement System of the State of Illinoi | 74,000.00 | 0.00 |  | 0.00 | FA |
| 19. Sec. 529 account with Bright Directions for minor | 11,000.00 | 0.00 |  | 0.00 | FA |
| 20. Sec. 529 account with Bright Directions for minor | 9,000.00 | 0.00 |  | 0.00 | FA |
| 21. anticipated 2015 | 5,000.00 | 0.00 |  | 3,000.00 | FA |
| 22. Owned by LLC: Espresso Machine Coffee Brewer Espre | 5,000.00 | 0.00 |  | 0.00 | FA |
| 23. Business checking account at Chase Bank | 2,561.66 | 0.00 |  | 0.00 | FA |
|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $539,725.65 | $0.00 |  | $5,000.00 | $0.00 |

Case 16-02659 Doc 36 Filed 08/31/17 Entered 08/31/17 15:13:33 Desc Main
Document Page 7 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 16-02659 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WEISBART, JOSHUA | Date Filed (f) or Converted (c): | 01/28/16 (f) |
| | WEISBART, VICTORIA M | 341(a) Meeting Date: | 03/04/16 |
| | | Claims Bar Date: | 04/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL HEARING WAS HELD ON 7/21/17 AND DISTRIBUTION MADE TO CREDITORS - 7/30/17. TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW 5/19/17
FUNDS RECEIVED; TRF TO FOLLOW 3/15/17. TRUSTEE IS FILING MOTION FOR TURNOVER OF ASSETS TO BE SOLD - 1/12/17. TRUSTEE HAS REVIEWED RECORD AND SEEING IF DEBTOR WANTS TO BUY ASSETS BACK. - 10/31/16. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR - 7/30/16.

Initial Projected Date of Final Report (TFR): 10/31/17     Current Projected Date of Final Report (TFR): 10/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-02659 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WEISBART, JOSHUA | | Bank Name: | ASSOCIATED BANK |
| | WEISBART, VICTORIA M | | Account Number / CD #: | *******2614  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8591 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/17 | * NOTE * | JOSHUA WEISBART | pesonal property | 1129-000 | 5,000.00 | | 5,000.00 |
| | | | * NOTE *  Properties 4, 7, 9, 21 | | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 07/21/17 | 300001 | Joseph E. Cohen | Attorney fees per court order | 3110-000 | | 627.00 | 4,333.00 |
| 07/21/17 | 300002 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | 3110-000 | | 1,253.39 | 3,079.61 |
| 07/21/17 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Claim ADMIN 2, Payment 100.00000% | 2100-000 | | 640.13 | 2,439.48 |
| 07/21/17 | 300004 | JOSHUA WEISBART<br>HIGHLAND PARK, IL  60035 | Surplus Funds | 8200-002 | | 2,439.48 | 0.00 |

|  | COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 5,000.00 | 5,000.00 | |
| | Less:  Payments to Debtors | | 2,439.48 | |
| | Net | 5,000.00 | 2,560.52 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2614 | 5,000.00 | 2,560.52 | 0.00 |
| | 5,000.00 | 2,560.52 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,000.00    5,000.00

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 16-02659 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEISBART, JOSHUA | Bank Name: | ASSOCIATED BANK |
| | WEISBART, VICTORIA M | Account Number / CD #: | *******2614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8591 | | |
| For Period Ending: | 08/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******2614)

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*